FILED

*mc paid*

JUN 23 2025 ~~At~~

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Petitioner *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DMR

CV-25 80164-MISC.

Case No.:

IN RE DMCA 512(h) SUBPOENA TO
GOOGLE LLC

REQUEST TO THE CLERK FOR
ISSUANCE OF SUBPOENA PURSUANT
TO 17 U.S.C. § 512(h) TO IDENTIFY
ALLEGED COPYRIGHT INFRINGER(S)

Petitioner Nima Gharavi ("Petitioner") respectfully requests that the Clerk of this Court issue a subpoena pursuant to 17 U.S.C. § 512(h) to Google LLC ("Service Provider") for the purpose of identifying one or more alleged infringers of Petitioner's copyright(s). In support of this Request, Petitioner states as follows:

1. **Petitioner's Copyright Ownership**: Petitioner Nima Gharavi is the exclusive owner of the copyright(s) in the motion picture(s) ("the Work") allegedly infringed.

2. **Alleged Infringement**: Petitioner has discovered that one or more individuals using Service Provider's platform have allegedly infringed Petitioner's exclusive rights, including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproductions copied from the Work to which Petitioner retains exclusive copyright(s).

3. **Notification Sent**: Petitioner sent one or more notifications in compliance with 17 U.S.C. § 512(c)(3)(A), requesting the removal of the infringing material, attached as Exhibit 1.

4. **Purpose of Subpoena**: The purpose of this subpoena is to obtain information sufficient to identify the alleged infringers. *See In re DMCA Subpoena to eBay, Inc.*, No. 15-CV-922-BEN-MDD, 2015 WL 3555270, at *4 (S.D. Cal. June 5, 2015) (holding a DMCA subpoena issued on April 2, 2015, valid and enforceable for production of "the name, last known address, last known telephone number,

any electronic mail addresses associated with each account from January 1, 2012, to the date of the subpoena and any logs of Internet Protocol addresses used to access the subject accounts" during the same period).

5. **Compliance with Statutory Requirements**: Pursuant to 17 U.S.C. § 512(h)(2), Petitioner has submitted:

   o  A copy of the notification(s) sent (Exhibit 1);

   o  A proposed subpoena (Exhibit 2); and

   o  A sworn declaration confirming that the subpoena is sought solely for the purpose of protecting Petitioner's rights under Title 17 (Exhibit 3).

**Clerk's Duty to Issue Subpoena**: Under 17 U.S.C. § 512(h)(4), if the notification satisfies the requirements of Section 512(c)(3)(A), and the proposed subpoena and declaration are in proper form, the Clerk of Court shall expeditiously issue and sign the subpoena.

Dated: June 20, 2025

Nima Gharavi

*Petitioner* Pro Se

# Exhibit 1

<u>DMCA Takedown Notification #1</u>

**From:** YouTube Copyright <youtube-disputes+1idovpd820ogx07@google.com>
**Sent:** Monday, March 10, 2025 10:03 PM
**To:** nima@midwestwrestle.com
**Subject:** [K5NXMM4EIL4RB55JD57AMOLCGI] YouTube Copyright Complaint Submission

 YouTube

# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the <u>'Removal requests' tab</u> in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle: Women's Edition
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Creator
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle
- Email Address: <u>nima@midwestwrestle.com</u>
- Phone: (773) 899-4688

2

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ge5OJZTf5Mk
- Describe the work allegedly infringed: My video
  - Source of video: LT1m8XGole8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:03:01 :
    https://www.youtube.com/watch?v=ge5OJZTf5Mk&t=0
    It appears in your source video from 0:00:00 to 0:03:00 :
    https://www.youtube.com/watch?v=LT1m8XGole8&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Mar 11, 2025 nima@midwestwrestle.com wrote:
Video IDs: ge5OJZTf5Mk

<u>DMCA Takedown Notification #2</u>

**From:** YouTube Copyright <youtube-disputes+19whiewxv5bln07@google.com>
**Sent:** Saturday, April 5, 2025 11:54 AM
**To:** nima@midwestwrestle.com
**Subject:** [IWWVVEV5TFPN4S6JJVSRMJEX5Y] YouTube Copyright Complaint Submission



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Creator
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=8lGhYV6XvIw
- Describe the work allegedly infringed: My video
  - Source of video: CJsIzltdrmM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:58:35 to 1:11:32 :
    https://www.youtube.com/watch?v=8lGhYV6XvIw&t=3515
    It appears in your source video from 0:00:00 to 0:12:57 :
    https://www.youtube.com/watch?v=CJsIzltdrmM&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Apr 5, 2025 nima@midwestwrestle.com wrote:
Video IDs: 8lGhYV6XvIw

<u>DMCA Takedown Notification #3</u>

**From:** YouTube Copyright <youtube-disputes+05v618dwwvlgg07@google.com>
**Sent:** Tuesday, April 8, 2025 7:20 PM
**To:** nima@midwestwrestle.com
**Subject:** [ECI7CEG7EFGVGUHZF5Z2GM6H3Y] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Creator
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com

6

- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=LXfbmg4MTd0
- Describe the work allegedly infringed: My video
  - Source of video: KJN1m75CX7k
  - Type of video: Internet video
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=MlWeDtvsTMM
- Describe the work allegedly infringed: My video
  - Source of video: 3frTd3xZ3ps
  - Type of video: Internet video
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=VweYfX6Amxw
- Describe the work allegedly infringed: My video
  - Source of video: j_oFvXmbwVY
  - Type of video: Internet video
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ZfhrLLXS58Y
- Describe the work allegedly infringed: My video
  - Source of video: E4zh5hnTWkg
  - Type of video: Internet video
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=xuY0aSamimw
- Describe the work allegedly infringed: My video
  - Source of video: j_oFvXmbwVY

- o   Type of video: Internet video
- o   Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o   I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o   I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o   This notification is accurate.
  - o   I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o   I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Apr 9, 2025 nima@midwestwrestle.com wrote:
Video IDs: LXfbmg4MTd0, MlWeDtvsTMM, VweYfX6Amxw, ZfhrLLXS58Y, xuY0aSamimw

8

<u>DMCA Takedown Notification #4</u>

**From:** YouTube Copyright <youtube-disputes+39d0j07rjs2vo07@google.com>
**Sent:** Sunday, April 13, 2025 6:07 PM
**To:** nima@midwestwrestle.com
**Subject:** [VFQRJ4QUNUAJPN3I4CDTNZ3BNI] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Creator
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com

9

- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=2_VvXr1rEIo
- Describe the work allegedly infringed: My video
  - Source of video: CJsIzItdrmM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:12:57 :
    https://www.youtube.com/watch?v=2_VvXr1rEIo&t=0
    It appears in your source video from 0:00:00 to 0:12:57 :
    https://www.youtube.com/watch?v=CJsIzItdrmM&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=4cPlFLgrAOw
- Describe the work allegedly infringed: My video
  - Source of video: dSQknjmzDXI
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Bfmg17NhhrI
- Describe the work allegedly infringed: My video
  - Source of video: EQR8xs-IfOw
  - Type of video: Internet video
  - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.

10

- - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Apr 13, 2025 nima@midwestwrestle.com wrote:
Video IDs: 2_VvXr1rEIo, 4cPlFLgrAOw, Bfmg17NhhrI

<u>DMCA Takedown Notification #5</u>

**From:** YouTube Copyright <youtube-disputes+3qikllpftn4sn07@google.com>
**Sent:** Saturday, May 3, 2025 12:41 PM
**To:** nima@midwestwrestle.com
**Subject:** [PLZPWDSA7OYDXT45S4T5JQU4D4] YouTube Copyright Complaint Submission



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the <u>'Removal requests' tab</u> in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Creator
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: <u>nima@midwestwrestle.com</u>
- Phone: (773) 899-4688

12

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=E8tJ2-6Zfjc
- Describe the work allegedly infringed: My video
    - Source of video: iOK_ZNzM6_M
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:01:37 :
      https://www.youtube.com/watch?v=E8tJ2-6Zfjc&t=0
      It appears in your source video from 0:00:00 to 0:01:37 :
      https://www.youtube.com/watch?v=iOK_ZNzM6_M&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of
      an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner
      complained of is not authorized by the copyright owner, its agent, or
      the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who
      knowingly materially misrepresents that material or activity is
      infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my
      YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube
channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On May 3, 2025 nima@midwestwrestle.com wrote:
Video IDs: E8tJ2-6Zfjc

<u>DMCA Takedown Notification #6</u>

**From:** YouTube Copyright <youtube-disputes+211k9spxmqgng07@google.com>
**Sent:** Monday, May 26, 2025 8:47 PM
**To:** nima@midwestwrestle.com
**Subject:** [AR7HVZLJGBPXIR7SU5LAEIZCJQ] YouTube Copyright Complaint Submission



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the <u>'Removal requests' tab</u> in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Creator
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle
- Email Address: <u>nima@midwestwrestle.com</u>
- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Wja-AqYFypo
- Describe the work allegedly infringed: My video
  - Source of video: h7yY4spdfbU
  - Type of video: Internet video
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=tsSy1svmyvE
- Describe the work allegedly infringed: My video
  - Source of video: TB-urHy0nCQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:08:32 :
    https://www.youtube.com/watch?v=tsSy1svmyvE&t=0
    It appears in your source video from 0:00:00 to 0:08:32 :
    https://www.youtube.com/watch?v=TB-urHy0nCQ&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

15

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On May 27, 2025 nima@midwestwrestle.com wrote:
Video IDs: Wja-AqYFypo, tsSy1svmyvE

<u>DMCA Takedown Notification #7</u>

**From:** YouTube Copyright <youtube-disputes+32j7vt1xbpjfp07@google.com>
**Sent:** Tuesday, June 10, 2025 10:06 AM
**To:** nima@midwestwrestle.com
**Subject:** [V6DQPQNPKRNTWCNCIHUETIQEDI] YouTube Copyright Complaint Submission



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the <u>'Removal requests' tab</u> in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: <u>nima@midwestwrestle.com</u>
- Phone: (773) 899-4688

17

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=4b9-6-9nHIY
- Describe the work allegedly infringed: My video
  - Source of video: Gd1s4uisg9w
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:01:43 :
    https://www.youtube.com/watch?v=4b9-6-9nHIY&t=0
    It appears in your source video from 0:00:00 to 0:01:43 :
    https://www.youtube.com/watch?v=Gd1s4uisg9w&t=0


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=XDmmUUEAQx4
- Describe the work allegedly infringed: My video
  - Source of video: T2iGs6fRBfU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:01:17 :
    https://www.youtube.com/watch?v=XDmmUUEAQx4&t=0
    It appears in your source video from 0:00:00 to 0:01:17 :
    https://www.youtube.com/watch?v=T2iGs6fRBfU&t=0


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=rcGzUdQdpe0
- Describe the work allegedly infringed: My video
  - Source of video: gsxm35jcn-M
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:02:14 :
    https://www.youtube.com/watch?v=rcGzUdQdpe0&t=0
    It appears in your source video from 0:00:00 to 0:02:14 :
    https://www.youtube.com/watch?v=gsxm35jcn-M&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

- o  I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o  This notification is accurate.
- o  I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- o  I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 10, 2025 nima@midwestwrestle.com wrote:
Video IDs: 4b9-6-9nHIY, XDmmUUEAQx4, rcGzUdQdpe0

19

<u>DMCA Takedown Notification #8</u>

**From:** YouTube Copyright <youtube-disputes+2du9f0npl362007@google.com>
**Sent:** Friday, June 20, 2025 6:58 PM
**To:** nima@midwestwrestle.com
**Subject:** [WK5KOKOEUDQO4KRLCSRDWM5OY4] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com

- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=2EKXmrQp6tw
- Describe the work allegedly infringed: My video
    - Source of video: uyh1v7eYc-o
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:01:30 to 0:01:38 :
      https://www.youtube.com/watch?v=2EKXmrQp6tw&t=90
      It appears in your source video from 0:02:44 to 0:02:53 :
      https://www.youtube.com/watch?v=uyh1v7eYc-o&t=164


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=CmKtpc3DNBc
- Describe the work allegedly infringed: My video
    - Source of video: Z-rISfFESFg
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:02:46 to 0:02:50 :
      https://www.youtube.com/watch?v=CmKtpc3DNBc&t=166
      It appears in your source video from 0:01:32 to 0:01:36 :
      https://www.youtube.com/watch?v=Z-rISfFESFg&t=92


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=apx7NCmbgJ0
- Describe the work allegedly infringed: My video
    - Source of video: sr8sBmVwm_M
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:01:06 to 0:01:15 :
      https://www.youtube.com/watch?v=apx7NCmbgJ0&t=66
      It appears in your source video from 0:06:07 to 0:06:16 :
      https://www.youtube.com/watch?v=sr8sBmVwm_M&t=367

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=fERedZ6bTaU
- Describe the work allegedly infringed: My video
    - Source of video: D3WLQm2ealU
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:03:40 to 0:03:44 :
      https://www.youtube.com/watch?v=fERedZ6bTaU&t=220
      It appears in your source video from 0:02:55 to 0:02:59 :
      https://www.youtube.com/watch?v=D3WLQm2ealU&t=175


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=g0J9Xop3bNY
- Describe the work allegedly infringed: My video
    - Source of video: 49ETqrSq9cw
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:21 to 0:00:24 :
      https://www.youtube.com/watch?v=g0J9Xop3bNY&t=21
      It appears in your source video from 0:01:15 to 0:01:18 :
      https://www.youtube.com/watch?v=49ETqrSq9cw&t=75


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=in-sLx11-_0
- Describe the work allegedly infringed: My video
    - Source of video: 6aSCYqk-c7Y
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:00:19 :
      https://www.youtube.com/watch?v=in-sLx11-_0&t=0
      It appears in your source video from 0:06:28 to 0:06:47 :
      https://www.youtube.com/watch?v=6aSCYqk-c7Y&t=388


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner
      of an exclusive right that is allegedly infringed.

22

- o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o This notification is accurate.
- o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- o I understand that abuse of this tool will result in termination of my YouTube channel.
- • Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 20, 2025 nima@midwestwrestle.com wrote:
Video IDs: 2EKXmrQp6tw, CmKtpc3DNBc, apx7NCmbgJ0, fERedZ6bTaU, g0J9Xop3bNY, in-sLx11-_0

# Exhibit 2

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| In re DMCA 512(h) Subpoena to Google LLC | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                           Google LLC
                    1600 Amphitheatre Pkwy, Mountain View, CA 94043
                    *(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A

| Place: Nima Gharavi<br>      4610 North Clark St. #1098<br>      Chicago, IL 60640 | Date and Time:<br><br>    07/18/2025 7:09 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

    The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  _____

            *CLERK OF COURT*
                                              OR

    _____          _____
        *Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Plaintiff
Nima Gharavi                                                          , who issues or requests this subpoena, are:
Pro Se, 4610 North Clark St. #1098, Chicago, IL 60640, +1 (773) 899-4688, dmca@midwestwrestle.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## ATTACHMENT A TO SUBPOENA TO GOOGLE LLC

<u>SCHEDULE OF DOCUMENTS TO BE PRODUCED</u>

For each of the subsequently listed user account(s): the name, last known address, last known telephone number, any electronic mail addresses associated with each account from three (3) years to the date of production and any logs of Internet Protocol addresses used to access the subject account(s) from three (3) years to the date of production. *See In re DMCA Subpoena to eBay, Inc.*, No. 15-CV-922-BEN-MDD, 2015 WL 3555270, at *4 (S.D. Cal. June 5, 2015) (holding a DMCA subpoena issued on April 2, 2015, valid and enforceable for production of "the name, last known address, last known telephone number, any electronic mail addresses associated with each account from January 1, 2012, to the date of the subpoena and any logs of Internet Protocol addresses used to access the subject accounts" during the same period).

1

## USER ACCOUNTS FROM DMCA NOTICE #1

1. @JJ_HunkyPanky (JJ)

    a. https://www.youtube.com/channel/UCGDvO79fLKxG4oqqgS-

    SDaQ

## USER ACCOUNTS FROM DMCA NOTICE #2

2. @WALY.VERDUN

    a. https://www.youtube.com/channel/UCOb5tFAjZwUUQeafvff1S2

    Q

## USER ACCOUNTS FROM DMCA NOTICE #3

3. @HotSports-h7d

    a. https://www.youtube.com/@HotSports-h7d

## USER ACCOUNTS FROM DMCA NOTICE #4

4. @AtlasSocialClub

    a. https://www.youtube.com/channel/UCvW0ZyV0WYYohvDXQS9

    k-rg

## USER ACCOUNTS FROM DMCA NOTICE #5

5. @SportsWomen-y3x5y

2

a. https://www.youtube.com/@SportsWomen-y3x5y

### USER ACCOUNTS FROM DMCA NOTICE #6

6. @Islamicstates33 (ISLAMIC STATES) [Formerly: @usgirlswrisling (US Girls)]

    a. https://www.youtube.com/channel/UCiJIGcQEk_BJaWFTPNuuv7A

### USER ACCOUNTS FROM DMCA NOTICE #7

7. @Mixmaster-2025 (Mix master)

    a. https://www.youtube.com/@Mixmaster-2025

### USER ACCOUNTS FROM DMCA NOTICE #8

8. @WiscoWrestler (WiscoWrestler)

    a. https://www.youtube.com/channel/UCRepwc3AOoUZE1umB_glaig

# Exhibit 3

NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Petitioner *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | Case No.: |
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | DECLARATION IN SUPPORT OF SUBPOENA TO OBTAIN THE IDENTITY OF ONE OR MORE ALLEGED INFRINGERS PURSUANT TO 17 U.S.C. § 512(h) |

I, Nima Gharavi, declare under penalty of perjury that the following is true and correct:

1. **Purpose**: I am the exclusive owner of all copyrights in all motion pictures published to the YouTube channel "https://www.youtube.com/MidwestWrestle" (collectively "the Work") protected under U.S. copyright law.  I have reason to believe that one or more individuals have infringed my copyright(s) in the Work by publishing one or more unauthorized reproductions copied from the Work.

2. **DMCA Notice**: I sent one or more DMCA takedown notices ("Exhibit 1") pursuant to 17 U.S.C. Section 512(c)(3)(A) regarding the alleged infringement.

3. **Request for Subpoena**: I am requesting the issuance of a subpoena pursuant to 17 U.S.C. § 512(h) to identify the alleged infringer(s).  The information sought through this subpoena will be used solely for the purpose of protecting my rights under Title 17.

4. **Good Faith Belief**: I have a good faith belief that the use of the material in the manner complained of is not authorized by me, my agent, or the law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2025 at Chicago, Illinois.

Nima Gharavi

Petitioner *Pro Se*

DECLARATION IN SUPPORT OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)
CASE NO.: