

# U.S. District Court

### California Northern - Oakland

Receipt Date: Jun 24, 2025 8:55AM

Nima Gharavi
628 W. Roscoe St., Apt. 3N
Chicago, IL 60657-2947

Rcpt. No: 411018512                Trans. Date: Jun 24, 2025 8:55AM                Cashier ID: #AF (7003)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 205 | Miscellaneous Filing Fees | | 1 | 52.00 | 52.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | Check | #1087 | 06/20/2025 | | $52.00 |

Total Due Prior to Payment: $52.00
Total Tendered: $52.00
Total Cash Received: $0.00

**Comments**: CV-25-80164 DMR

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.