AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| In re DMCA 512(h) Subpoena to Google LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Google LLC
1600 Amphitheatre Pkwy, Mountain View, CA 94043
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A

| Place: Nima Gharavi<br>4610 North Clark St. #1098<br>Chicago, IL 60640 | Date and Time:<br><br>07/18/2025 7:09 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 6/24/25

CLERK OF COURT
*Mark B. Busby*

_____    OR    _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiff**
Nima Gharavi                                                                                              , who issues or requests this subpoena, are:
Pro Se, 4610 North Clark St. #1098, Chicago, IL 60640, +1 (773) 899-4688, dmca@midwestwrestle.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## ATTACHMENT A TO SUBPOENA TO GOOGLE LLC

### SCHEDULE OF DOCUMENTS TO BE PRODUCED

For each of the subsequently listed user account(s): the name, last known address, last known telephone number, any electronic mail addresses associated with each account from three (3) years to the date of production and any logs of Internet Protocol addresses used to access the subject account(s) from three (3) years to the date of production. *See In re DMCA Subpoena to eBay, Inc.*, No. 15-CV-922-BEN-MDD, 2015 WL 3555270, at *4 (S.D. Cal. June 5, 2015) (holding a DMCA subpoena issued on April 2, 2015, valid and enforceable for production of "the name, last known address, last known telephone number, any electronic mail addresses associated with each account from January 1, 2012, to the date of the subpoena and any logs of Internet Protocol addresses used to access the subject accounts" during the same period).

1

## USER ACCOUNTS FROM DMCA NOTICE #1

1. @JJ_HunkyPanky (JJ)

    a. https://www.youtube.com/channel/UCGDvO79fLKxG4oqqgS-SDaQ

## USER ACCOUNTS FROM DMCA NOTICE #2

2. @WALY.VERDUN

    a. https://www.youtube.com/channel/UCOb5tFAjZwUUQeafvff1S2Q

## USER ACCOUNTS FROM DMCA NOTICE #3

3. @HotSports-h7d

    a. https://www.youtube.com/@HotSports-h7d

## USER ACCOUNTS FROM DMCA NOTICE #4

4. @AtlasSocialClub

    a. https://www.youtube.com/channel/UCvW0ZyV0WYYohvDXQS9k-rg

## USER ACCOUNTS FROM DMCA NOTICE #5

5. @SportsWomen-y3x5y

2

a. https://www.youtube.com/@SportsWomen-y3x5y

## USER ACCOUNTS FROM DMCA NOTICE #6

6. @Islamicstates33 (ISLAMIC STATES) [Formerly: @usgirlswrisling (US Girls)]

    a. https://www.youtube.com/channel/UCiJIGcQEk_BJaWFTPNuuv7A

## USER ACCOUNTS FROM DMCA NOTICE #7

7. @Mixmaster-2025 (Mix master)

    a. https://www.youtube.com/@Mixmaster-2025

## USER ACCOUNTS FROM DMCA NOTICE #8

8. @WiscoWrestler (WiscoWrestler)

    a. https://www.youtube.com/channel/UCRepwc3AOoUZE1umB_glaig

3

# Exhibit 3

NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Petitioner *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Case No.: <br><br> DECLARATION IN SUPPORT OF SUBPOENA TO OBTAIN THE IDENTITY OF ONE OR MORE ALLEGED INFRINGERS PURSUANT TO 17 U.S.C. § 512(h) |

I, Nima Gharavi, declare under penalty of perjury that the following is true and correct:

1. **Purpose**: I am the exclusive owner of all copyrights in all motion pictures published to the YouTube channel "https://www.youtube.com/MidwestWrestle" (collectively "the Work") protected under U.S. copyright law. I have reason to believe that one or more individuals have infringed my copyright(s) in the Work by publishing one or more unauthorized reproductions copied from the Work.

2. **DMCA Notice**: I sent one or more DMCA takedown notices ("Exhibit 1") pursuant to 17 U.S.C. Section 512(c)(3)(A) regarding the alleged infringement.

3. **Request for Subpoena**: I am requesting the issuance of a subpoena pursuant to 17 U.S.C. § 512(h) to identify the alleged infringer(s). The information sought through this subpoena will be used solely for the purpose of protecting my rights under Title 17.

4. **Good Faith Belief**: I have a good faith belief that the use of the material in the manner complained of is not authorized by me, my agent, or the law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2025 at Chicago, Illinois.

*/s/ Nima Gharavi*

Nima Gharavi

Petitioner *Pro Se*