NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Movant, *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Case No.: 4:25-mc-80164-DMR<br><br>CERTIFICATE OF SERVICE<br><br>**Date:** TBD<br>**Time:** TBD<br>**Courtroom:** TBD<br>**Judge:** TBD |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2025, at 3:59 p.m. Central Time, I personally hand-delivered true and correct copies of the following documents to Joel Benson of Corporation Service Company, Google LLC's registered agent for service of process, at 222 S. Riverside Plaza, #2310, Chicago, Illinois 60606:

**DOCUMENTS SERVED:**

1. Notice of Motion and Motion to Compel Compliance with DMCA Subpoena; Memorandum of Points and Authorities

2. Declaration of Nima Gharavi in Support of Motion to Compel Compliance with DMCA Subpoena

3. Exhibits A through N to the Declaration of Nima Gharavi

4. [Proposed] Order Granting Motion to Compel Compliance with DMCA Subpoena

The costs incurred for printing, travel, and service totaled $150.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 2, 2025, at Chicago, Illinois.

/s/ Nima Gharavi
Nima Gharavi

Movant, *Pro Se*