NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Movant, *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Case No.: 4:25-mc-80164-DMR<br><br>CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS OF MOVANT NIMA GHARAVI<br><br>**Date:** TBD<br>**Time:** TBD<br>**Courtroom:** TBD<br>**Judge:** TBD |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- **Right Call Officials, Inc.**, an Illinois corporation. Certain revenues from the YouTube channel hosting the original copyrighted content at issue in this matter are accounted for as business income of this corporation.

Other than Movant and the entity listed above, the undersigned is not aware of any other persons, associations of persons, firms, partnerships, corporations (including parent corporations), or any other entities that have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: October 2, 2025

Respectfully submitted,

/s/ Nima Gharavi
Nima Gharavi

Movant, *Pro Se*