1  PERKINS COIE LLP
2  Elise Edlin, Bar No. 293756
   EEdlin@perkinscoie.com
3  Torryn T. Rodgers, Bar No. 319126
   TRodgers@perkinscoie.com
4  505 Howard Street, Suite 1000
   San Francisco, California 94105-3204
5  Telephone: +1.415.344.7000
   Facsimile:  +1.415.344.7050
6
   Todd M. Hinnen (*pro hac* forthcoming)
7  THinnen@perkinscoie.com
   1301 Second Avenue, Suite 4200
8  Seattle, Washington 98101-3804
   Telephone: +1.206.359.8000
9  Facsimile:  +1.206.359.9000

10
   Attorneys for Non-Party
11 Google LLC

12
                UNITED STATES DISTRICT COURT
13
                NORTHERN DISTRICT OF CALIFORNIA
14
                       OAKLAND DIVISION
15

16  IN RE DMCA 512(h) SUBPOENA TO    | Case No. 4:25-mc-80164-DMR
    GOOGLE LLC,                      |
17                                   | NON-PARTY GOOGLE LLC'S RULE
                                     | 7.1 CORPORATE DISCLOSURE
18                                   | STATEMENT AND CERTIFICATION
                                     | OF CONFLICTS AND INTERESTED
19                                   | ENTITIES OR PERSONS

20

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Google LLC discloses the following:

Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% ownership of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC

2. XXVI Holdings Inc., Holding Company of Google LLC

3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated:  October 13, 2025                    **PERKINS COIE LLP**

By: */s/ Elise Edlin*
Elise Edlin, Bar No. 293756
Torryn T. Rodgers, Bar No. 319126
Todd M. Hinnen, *pro hac* forthcoming

Attorneys for Non-Party
Google LLC