1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC, | Case No. 4:22-cv-01490-JST<br><br>[PROPOSED] ORDER GRANTING NON-PARTY GOOGLE LLC'S MOTION TO STRIKE MOVANT'S MOTION TO COMPEL COMPLIANCE WITH DMCA SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES<br><br>Date:      November 4, 2025<br>Time:      1:00 p.m.<br>Judge:    Donna M. Ryu |

1  The Court, having considered Google's Motion to Strike Movant's Motion to Compel
2  Compliance with DMCA Subpoena, the documents submitted, it is hereby ORDERED that the
3  motion is GRANTED.
4
5  IT IS SO ORDERED.
6
7  Dated: _____, 2025            _____
                                          Mag. Judge Donna M. Ryu
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28