NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Movant, *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Case No.: 4:25-mc-80164-DMR<br><br>[PROPOSED] ORDER DENYING RESPONDENT'S MOTION TO STRIKE MR. GHARAVI'S MOTION TO COMPEL COMPLIANCE WITH DMCA SUBPOENA<br><br>**Judge:** Hon. Donna M. Ryu<br>**Date:** November 4, 2025<br>**Time:** 1:00 p.m.<br>**Courtroom:** Courtroom 4 – 3rd Floor |

Having considered Respondent Google LLC's Motion to Strike Mr. Gharavi's Motion to Compel Compliance with DMCA Subpoena (Dkt. No. 9), Mr. Gharavi's Opposition (Dkt. No. 10), and the supporting declarations and exhibits, the Court finds as follows:

1. Mr. Gharavi's Motion to Compel (Dkt. No. 3) is a **dispositive motion** because it seeks to compel compliance with a DMCA § 512(h) subpoena, invoking the Court's statutory authority under 17 U.S.C. § 512(h)(6). See *In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d 875, 880 (N.D. Cal. 2020).

2. Mr. Gharavi simultaneously filed his Motion to Compel and Declination to Magistrate Judge Jurisdiction (Dkt. Nos. 3 & 5) on October 2, 2025.

3. **At the time of filing, no district judge had been assigned to schedule a hearing**, making it impossible for Mr. Gharavi to designate a specific hearing date. Setting the hearing date as "TBD" was appropriate under these circumstances.

4. **Google was properly served** with the Motion to Compel on October 2, 2025, via personal hand-delivery to Google LLC's registered agent for service of process, as evidenced by the Certificate of Service (Dkt. No. 3-3).

5. Mr. Gharavi reasonably relied on applicable procedural rules and had no obligation to provide email service when Google never authorized it.

**IT IS HEREBY ORDERED** that Google LLC's Motion to Strike (Dkt. No. 9) is **DENIED**.

**IT IS FURTHER ORDERED** that Google LLC shall file its opposition to Mr. Gharavi's Motion to Compel Compliance with DMCA Subpoena (Dkt. No. 3) no later than **October 16, 2025**, in accordance with Local Rule 7-3(a), which requires opposition to be filed within 14 days of the motion's filing date.

**IT IS SO ORDERED.**

Dated: _____, 2025   _____
DONNA M. RYU
United States Magistrate Judge