UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC, | Case No. 4:25-mc-80164-DMR<br><br>[PROPOSED] ORDER GRANTING NON-PARTY GOOGLE LLC'S MOTION TO STRIKE MOVANT'S MOTION TO COMPEL COMPLIANCE WITH DMCA SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES<br><br>Date:      November 4, 2025<br>Time:     1:00 p.m.<br>Judge:    Donna M. Ryu |

1  The Court, having considered Google's Motion to Strike Movant's Motion to Compel
2  Compliance with DMCA Subpoena, the documents submitted, it is hereby ORDERED that the
3  motion is GRANTED.

5  IT IS SO ORDERED.

7  Dated: _____, 2025        _____
                                      Mag. Judge Donna M. Ryu