United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GHARAVI,

          Plaintiffs,

   v.

GOOGLE LLC,

          Defendant.

Case No.4:25-mc-80164-DMR

**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

Re: Dkt. Nos. 5 and 9

The Clerk will now reassign this case to a United States District Judge because either:

[X]    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

[ ]    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

**Important:** All hearing dates currently scheduled before DONNA M. RYU are vacated and should be re-noticed for hearing before the District Judge to whom this case is reassigned.

Dated:  October 14, 2025

Mark B. Busby
Clerk of Court, United States District Court

By: _____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

*Rev. 10-18*