NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Movant, *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Case No.: 3:25-mc-80164-WHO <br><br> [PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH DMCA SUBPOENA <br><br> **Judge:** Hon. William H. Orrick <br> **Date:** November 19, 2025 <br> **Time:** 2:00 <br> **Courtroom:** Courtroom 2 – 17th Floor |

**ORDER**

Pending before the Court is Movant Nima Gharavi's Motion to Compel Compliance with DMCA Subpoena. ECF 3. Having reviewed the motion, the supporting declaration and exhibits, any opposition filed by Respondent Google LLC, the record, and applicable law, the Court finds that the motion should be GRANTED.

**FINDINGS**

1. **Waiver of Objections**: The Court finds that Respondent served objections on July 11, 2025, which was beyond the 14-day deadline established by Fed. R. Civ. P. 45(d)(2)(B), thereby waiving all objections to the subpoena.

2. **Boilerplate Objections**: The Court finds that Respondent's objections constitute inadequate generic objections that fail to address the specific circumstances of this subpoena and are therefore inadequate.

3. **Service Provider Status**: The Court finds that Google LLC qualifies as a service provider under 17 U.S.C. § 512(k)(1) and operates the facilities for YouTube's online services, making it subject to the obligations under § 512(h).

4. **Scope of Required Search**: The Court finds that Respondent must search all systems that contain, contained, or maintain subscriber identifying information for the YouTube accounts specified in the subpoena, including but not limited to systems used for YouTube account authentication, content monetization, payment processing, and billing (such as AdSense and Google Account systems).

**IT IS HEREBY ORDERED:**

1. **MOTION GRANTED**: Movant's Motion to Compel Compliance with DMCA Subpoena is GRANTED.

2. **COMPLIANCE ORDERED**: Within fourteen (14) days of the date of this Order, Respondent Google LLC shall conduct a comprehensive search of all systems that contain, contained, or maintain subscriber identifying information for the YouTube accounts specified in the subpoena, including but not limited to systems used for YouTube account authentication, content monetization, payment processing, and billing (such as YouTube, AdSense, and Google Account systems), and shall produce all responsive information required by the subpoena, specifically including:

    a. Last known addresses;

    b. Last known telephone numbers;

    c. Any additional email addresses not already produced;

    d. Complete access logs showing all IP addresses used to access each account during the requested three-year period (excluding IP logs already produced);

3. **DECLARATION REQUIRED**: Respondent shall accompany its production with a declaration under penalty of perjury from a knowledgeable Google LLC employee with personal knowledge of the company's data systems and search procedures, certifying:

    a. The completeness and accuracy of the production;

    b. That all reasonably accessible systems containing subscriber information related to the specified YouTube accounts have been searched;

    c. That all responsive information has been produced or, if not produced, explaining the specific technical or legal basis for non-production;

    d. The specific systems and databases searched;

4. **OBJECTIONS WAIVED**: The Court declares that Respondent's objections were untimely and waived under Fed. R. Civ. P. 45(d)(2)(B).

5. **CONFIDENTIALITY RESTRICTIONS REMOVED**: Any unilateral confidentiality restrictions imposed by Respondent without court authority are hereby REMOVED.

6. **SANCTIONS**: Respondent shall pay Movant $150.00 in costs for service of this motion. Movant may file a supplemental request for additional costs within fourteen (14) days of this Order, and Respondent may file objections within seven (7) days thereafter.

**IT IS SO ORDERED.**

Dated: _____, 2025       _____

                                                                           United States District Judge