1  PERKINS COIE LLP
2  Elise Edlin, Bar No. 293756
   EEdlin@perkinscoie.com
3  Torryn T. Rodgers, Bar No. 319126
   TRodgers@perkinscoie.com
4  505 Howard Street, Suite 1000
   San Francisco, California 94105-3204
5  Telephone: +1.415.344.7000
   Facsimile:  +1.415.344.7050
6
   Todd M. Hinnen (*pro hac* forthcoming)
7  THinnen@perkinscoie.com
   1301 Second Avenue, Suite 4200
8  Seattle, Washington 98101-3804
   Telephone: +1.206.359.8000
9  Facsimile:  +1.206.359.9000
10
   Attorneys for Non-Party
11 Google LLC
12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                          OAKLAND DIVISION
15

| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC, | Case No. 3:25-mc-80164-WHO |
|---|---|
| | NON-PARTY GOOGLE LLC'S RE-NOTICE OF HEARING REGARDING ITS MOTION TO STRIKE MOVANT'S MOTION TO COMPEL COMPLIANCE WITH DMCA SUBPOENA |
| | Date:   December 3, 2025<br>Time:   2:00 p.m.<br>Judge:  Hon. William H. Orrick |

In accordance with the Court's order of October 15, 2025 (ECF No. 13), Notice is hereby given that the Non-Party Google, LLC's Motion to Strike (ECF No. 9) is being re-noticed for hearing on December 3, 2025, at 2:00 pm before the Honorable William H. Orrick in Courtroom 2, 17th Floor, of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  October 15, 2025                **PERKINS COIE LLP**

By: */s/ Elise Edlin*
  Elise Edlin, Bar No. 293756
  Torryn T. Rodgers, Bar No. 319126
  Todd M. Hinnen, *pro hac* forthcoming

Attorneys for Non-Party
Google LLC