NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Movant, *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Case No.: 3:25-mc-80164-WHO<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AND FILE AMENDED OPPOSITION INSTANTER<br><br>**Judge:** Hon. William H. Orrick |

The Court, having considered Movant's Unopposed Motion for Leave to Withdraw and File Amended Opposition Instanter, the Declaration of Nima Gharavi in Support of Motion for Leave to Amend, Respondent's confirmation that it does not oppose this motion, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. Movant's Unopposed Motion for Leave to Withdraw and File Amended Opposition Instanter (Dkt. 19) is **GRANTED**.

2. Movant is granted leave to withdraw his Opposition to Respondent's Motion to Strike (Dkt. 10).

3. Movant shall file his Amended Opposition to Respondent's Motion to Strike no later than **October 27, 2025**.

4. Respondent's reply shall be due **November 3, 2025**, preserving Respondent's full briefing time under the original schedule.

5. The hearing on Respondent's Motion to Strike and Movant's Motion to Compel shall proceed as scheduled on December 3, 2025, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. WILLIAM H. ORRICK III
United States District Judge