# Exhibit 1

**Mr. Gharavi's Position: Google LLC is the Service Provider Under 17 U.S.C. § 512(k)(1)**



**Google's Position: YouTube is the Service Provider Under 17 U.S.C. § 512(k)(1)**



1