# Exhibit 2

## PROPOSED DISCOVERY INTERROGATORIES TO GOOGLE LLC

### Interrogatory Set 1: YouTube Account and Revenue Structure

1. Describe all processes by which a user can create a YouTube channel, including whether a Google account is required, and any alternative pathways that do not require a Google account.

2. Describe all processes by which a YouTube content creator can earn advertising revenue from a YouTube channel, including whether and how an AdSense account must be involved.

3. Please describe in detail the relationship between the YouTube Partner Program (YPP) and AdSense, including: (a) whether YPP participation requires an AdSense account; (b) whether revenue from YouTube advertising is disbursed through AdSense; and (c) any technical or operational integration between YouTube's monetization system and AdSense.

4. When a YouTube user updates account information (such as email address), describe how Google stores and propagates this information across YouTube, Google Account, and AdSense systems, including whether the information is stored in: (a) a single unified database accessible to all three systems; (b) separate databases that synchronize automatically; (c) separate databases requiring manual linking; or (d) some other architecture (describe).

### Interrogatory Set 2: Data Systems and Architecture

5. When Google processes a DMCA § 512(c)(3)(A) takedown notice regarding a YouTube video, which internal systems, databases, or data repositories does Google search to identify the account holder and associated user information? Please identify each system by name and describe its function.

6.  Does Google maintain a unified "Google Account" database that integrates account information from YouTube, AdSense, and other Google services, or does Google maintain completely separate databases for each service? Describe the architecture and data flow.

### Interrogatory Set 3: Infrastructure Ownership and Control

7.  When Google purchases or leases server hardware used to host YouTube content, which legal entity is listed as the owner of record for that hardware? Please provide representative examples, including server purchase orders or lease agreements showing the entity name.

8.  Which company or corporate entity maintains Internet connectivity (e.g., network access agreements, peering arrangements, and Internet Service Provider contracts) for servers hosting YouTube content?

9.  Which legal entity is listed as the registered owner of record for the IP addresses used by YouTube servers?

10. Which company is listed as the Autonomous System Name (ASN) owner for the IP address space used by YouTube servers? [1]

---

[1] ASN registration records (provided by ARIN, RIPE, and other Regional Internet Registries) identify which entity controls IP address blocks. These records will clarify whether Google LLC or a subsidiary entity owns and operates YouTube's core network infrastructure.