1  PERKINS COIE LLP
2  Todd M. Hinnen (*pro hac vice*)
   THinnen@perkinscoie.com
3  1301 Second Avenue, Suite 4200
   Seattle, Washington 98101-3804
4  Telephone: +1.206.359.8000
   Facsimile:  +1.206.359.9000
5
   Elise Edlin, Bar No. 293756
6  EEdlin@perkinscoie.com
   Torryn T. Rodgers, Bar No. 319126
7  TRodgers@perkinscoie.com
   505 Howard Street, Suite 1000
8  San Francisco, California 94105-3204
   Telephone: +1.415.344.7000
9  Facsimile:  +1.415.344.7050

10
   *Attorneys for Respondent*,
11 Google LLC

12                  UNITED STATES DISTRICT COURT
13                 NORTHERN DISTRICT OF CALIFORNIA
14                        SAN FRANCISCO DIVISION
15

16 | IN RE DMCA 512(h) SUBPOENA TO | Case No. 4:25-mc-80164-WHO |
   | GOOGLE LLC, | |
17 | | DECLARATION OF TORRYN RODGERS |
   | Plaintiff | IN SUPPORT OF GOOGLE LLC'S REPLY |
18 | | IN SUPPORT OF ITS MOTION TO STRIKE |
   | | MOVANT'S MOTION TO COMPEL |
19 | Defendant. | COMPLIANCE WITH DMCA SUBPOENA |
20 | | Date:    December 3, 2025 |
   | | Time:    2:00 p.m. |
21 | | Judge:   William H. Orrick |
22

I, Torryn T. Rodgers, state as follows:

1. I am an attorney at the law firm of Perkins Coie LLP, counsel for Google, Inc. ("**Google**") in this action, and a member in good standing of the bar of California and of this court. I make all statements herein based on my personal knowledge.

2. On October 29, 2025, I directed legal research staff at my firm to identify cases in which Mr. Gharavi appears to have represented himself *pro se*. On information and belief, based on a review of Bloomberg Law's search results, it appears Mr. Gharavi has represented himself *pro se* in fifteen separate cases, nine of which were in the Northern District of California:

- *Gharavi v. Kumar*, No. 3:25-cv-08873 (N.D. Cal. Oct 16, 2025);
- *Gharavi v. X CORP.*, No. 3:25-mc-80305 (N.D. Cal. Oct 06, 2025);
- *In re DMCA Section 512(h) Subpoena to Google LLC*, No. 3:25-mc-80164 (N.D. Cal. Jun 24, 2025);
- *Gharavi et al v. Tumblr Inc*, No. 2:25-mc-00029 (W.D. Wash. Jun 02, 2025);
- *In re DMCA 512(h) Subpoena to Dynadot Inc.*, No. 3:25-mc-80138 (N.D. Cal. Jun 02, 2025);
- *In re DMCA Section 512(h) Subpoena to X Corp.*, No. 3:25-mc-80056 (N.D. Cal. Mar 07, 2025);
- *Gharavi v. X Corp.*, No. 1:25-mc-00150 (W.D. Tex. Jan 30, 2025);
- *Gharavi v. Tumblr, Inc.*, No. 1:25-mc-00048 (S.D.N.Y. Jan 30, 2025);
- *In re DMCA Subpoena to Reddit, Inc.*, No. 4:25-mc-80002 (N.D. Cal. Jan 09, 2025);
- *Gharavi v. X CORP.*, No. 3:25-mc-80004 (N.D. Cal. Jan 09, 2025),;
- *Gharavi v. Meta Platforms*, No. 3:25-mc-80003 (N.D. Cal. Jan 09, 2025);
- *In Re Digital Millennium Copyright Act Section 512(h) Subpoena to Google LLC*, No. 3:25-mc-80001 (N.D. Cal. Jan 08, 2025);
- *In Re: Digital Millennium Copyright Act Section 512(h) Subpoena to Tiktok Inc., TikTok Ltd., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*, No. 2:25-mc-00002 (C.D. Cal. Jan 05, 2025);

- *Gharavi et al v. Tumblr, Inc*, No. 1:24-cv-12718 (N.D. Ill. Dec 11, 2024); and
- *County of Racine vs. Nima Gharavi*, No. 2018TR008316 (Wis. Cir. Ct. Apr 23, 2018.

I declare under penalty and perjury that the foregoing is true and correct.

Dated:  November 3, 2025           /s/ Torryn T. Rodgers
                                   Torryn T. Rodgers