# Exhibit 1

# Case search results

You searched for: **Last name:** Gharavi

Showing 0 to 0 of 0 entries

| Case number | Filing date | County name | Case status | Name | Date of birth | Caption |
|---|---|---|---|---|---|---|
| | | | No records found | | | |