# Exhibit 2

# Milwaukee County Case Number 2018TR008316 Milwaukee, County of vs. Tyrone Deshawn Kennedy

The defendant Tyrone Deshawn Kennedy was found guilty of the following charge(s) in this case.

- Operating While Suspended. This is not a criminal offense and results only in a money penalty for this offense.

**Notice to employers:** It may be a violation of state law to discriminate against a job applicant because of an arrest or conviction record. Generally speaking, an employer may refuse to hire an applicant on the basis of a conviction only if the circumstances of the conviction substantially relate to the particular job. For more information, see Wisconsin Statute 111.335 and the Department of Workforce Development's publication, *Arrest and Conviction Records under the Law*.

View case details

# Milwaukee County Case Number 2018TR008316 Milwaukee, County of vs. Tyrone Deshawn Kennedy

## Case summary

| Filing date | Case type | Case status |
|---|---|---|
| 03-23-2018 | Traffic Forfeiture | Closed |

| Defendant date of birth | Address | Branch ID | DA case number |
|---|---|---|---|
| 01-1991 | 3209 N 29th St, Milwaukee, WI 53216-3817 | 47 | |

## Charges

| Responsible official | Prosecuting agency | Prosecuting agency attorney | Printable version |
|---|---|---|---|
| Yang-47, Kristy | District Attorney | | |

**Defendant owes the court:** $204.00

| Count no. | Statute | Description | Severity | Disposition |
|---|---|---|---|---|
| 1 | 343.44(1)(a) | Operating While Suspended | Forf. U | Guilty Due to No Contest Plea |

The Defendant was charged with the following offense:

| Count | Statute cite | Description | Severity | Offense date | Plea |
|---|---|---|---|---|---|
| 1 | 343.44(1)(a) | Operating While Suspended | Forf. U | 03-02-2018 | No Contest on 03-30-2018 |

On 03-30-2018 there was a finding of:

| Action | Court official | Notes |
|---|---|---|
| Guilty Due to No Contest Plea | Phillips, Barry | |

On 03-30-2018 the following was ordered:

| Sentence | Time | Begin date | Notes |
|---|---|---|---|
| Forfeiture / Fine | | | |

## Defendant

| Defendant name | Date of birth | Sex | Race |
|---|---|---|---|
| Kennedy, Tyrone Deshawn | 01-1991 | Male | African American |

| Address (last updated 06-07-2018) | JUSTIS ID | Fingerprint ID |
|---|---|---|
| 3209 N 29th St, Milwaukee, WI 53216-3817 | | |

## Citations

### Citation AE8759192

| | | | Address (last updated 06-07-2018) |
|---|---|---|---|
| **Defendant name** Kennedy, Tyrone Deshawn | **Date of birth** 01-1991 | **Sex** Male | 3209 N 29th St, Milwaukee, WI 53216-3817 |
| **Bond amount** $204.00 | **Deposit type** None | **Appearance date and time** 03-30-2018 08:30 am | **Mandatory** No |
| **Plate number** 462ZHB | **State** WI | **Expiration** 2017 | **VIN** 2G4WD582X61129650 |
| **Issuing agency** Milwaukee County Sheriff's Dep | **Officer name** | **Violation date** 03-02-2018 | **MPH over** |
| **Plaintff agency** Milwaukee, County of | **Ordinance or statute** Statute | **Statute** 343.44(1)(a) | **Charge description** Operating While Suspended |
| **Severity** Forf. U | | | |

## Court record

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 06-07-2018 | Change of address notification for Kennedy, Tyrone Deshawn | | | |
| | **Additional text:** | | | |
| | ADDRESS INFO for Tyrone Deshawn Kennedy | | | |
| | Current: 3209 N 29th St, Milwaukee, WI 53216-3817 United States  (Effective: 06-07-2018) | | | |
| | Prior: 1427A N 49th St, Milwaukee, WI 53208 United States | | | |
| 05-10-2018 | Suspension of drivers license for failure to pay | Yang-47, Kristy | | $204.00 |
| 04-03-2018 | Notice of Default Judgment | Phillips, Barry | | |
| 03-30-2018 | Dispositional order/judgment | Phillips, Barry | | |
| 03-30-2018 | Non appearance | Phillips, Barry | Digital Recording | |

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| | **Additional text:** | | | |
| | Defendant Tyrone Deshawn Kennedy not in court.   No Assistant District Attorney Available appeared for the Milwaukee, County of. | | | |
| | Defendant failed to appear.  The court ordered the entry of a no contest plea, found the defendant guilty by default and ordered defendant to pay a forfeiture of $204.00 including costs with a stay granted to 30 days from notification by clerk's office, or defendant's driving privileges are to be suspended for 1 years. | | | |
| 03-23-2018 | File Retained Electronically | | | |
| 03-23-2018 | Citation filed | | | |

## Total receivables

| Court assessments | Adjustments | Paid to the court | Probation/other agency amount | Balance due to court | Due date |
|---|---|---|---|---|---|
| $204.00 | $0.00 | $0.00 | $0.00 | $204.00 | 04-30-2018 |