NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

*Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Case No.: 3:25-mc-80164-WHO<br><br>OBJECTION TO REPLY EVIDENCE PURSUANT TO L.R. 7-3(d)(1) BY NIMA GHARAVI RE: GOOGLE LLC'S REPLY IN SUPPORT OF MOTION TO STRIKE MOTION TO COMPEL COMPLIANCE WITH DMCA SUBPOENA<br><br>**Judge:** Hon. William H. Orrick<br>**Date:** December 3, 2025<br>**Time:** 2:00 p.m.<br>**Courtroom:** Courtroom 2 – 17th Floor |

Pursuant to Civil Local Rule 7-3(d)(1), Nima Gharavi ("**Mr. Gharavi**") respectfully objects to new evidence submitted by Respondent Google LLC with its Reply in Support of Its Motion to Strike Movant's Motion to Compel Compliance with DMCA Subpoena ("**Reply**"). Dkt. 22.

**I. INTRODUCTION AND RELEVANT BACKGROUND**

On October 2, 2025, Mr. Gharavi filed his Motion to Compel Compliance with DMCA Subpoena. Dkt. 3. On October 13, 2025, Google filed its Motion to Strike Mr. Gharavi's Motion to Compel ("**Motion to Strike**"). Dkt. 9. On October 14, 2025, Mr. Gharavi filed his Opposition to Google's Motion to Strike. Dkt. 10. On October 17, 2025, Mr. Gharavi filed his Unopposed Motion for Leave to Withdraw and File Amended Opposition Instanter. Dkt. 19. On November 3, 2025, Google filed its Reply. Dkt. 22.

However, in conjunction with its Reply, Google filed the Declaration of Torryn Rodgers In Support of Google LLC's Reply In Support of Its Motion to Strike Movant's Motion to Compel Compliance with DMCA Subpoena ("**Rodgers Declaration**"). Dkt. 22-1. Paragraph 2 of the Rodgers Declaration lists fifteen alleged cases in which Mr. Gharavi purportedly "represented himself *pro se*."

Mr. Gharavi objects to Paragraph 2 of the Rodgers Declaration on the grounds that it constitutes improper reply evidence and it is not relevant to the determination of Google's Motion to Strike.

**II. LEGAL STANDARD FOR OBJECTION**

Under Civil Local Rule 7-3(d)(1):

> If new evidence has been submitted in the reply, the opposing party may file and serve an Objection to Reply Evidence, which may not exceed 5 pages of text, stating its objections to the new evidence, which may not include further argument on the motion.

L.R. 7-3(d)(1). This Rule is intended to "recognize the potential inequities that might flow from the injection of new matter at the last round of briefing." *Rojas v. Bosch Solar Energy Corp.*, No. 18-CV-05841-BLF, 2021 WL 12331659, at *1 (N.D. Cal. Nov. 23, 2021) (sustaining objection to reply evidence on motion for class certification) (quoting *Dutta v. State Farm Mut. Auto. Ins. Co.*, 895 F.3d 1166, 1171-72 (9th Cir. 2018)). Under this Rule, Courts in this District should reject reply evidence that could have been included in the original motion but was not. *Visier, Inc. v. iCIMS, Inc.*, No. 24-CV-07544-SVK, 2025 WL 589036, at *2 (N.D. Cal. Feb. 24, 2025) (quoting *Coleman v. Quaker Oats Co.*, 232 F.3d 1271,

1289 n. 4 (9th Cir. 2000) ("[I]ssues cannot be raised for the first time in a reply brief.") and *Tovar v. U.S. Postal Serv.*, 3 F.3d 1271, 1273 n. 3 (9th Cir. 1993) ("To the extent that the [reply] brief presents new information, it is improper.")).

### III. MR. GHARAVI OBJECTS TO THE REPLY EVIDENCE

Mr. Gharavi objects to Paragraph 2 of the Rodgers Declaration on the grounds that it constitutes improper reply evidence and is not relevant to the determination of Google's Motion to Strike.

Google's attempt to introduce this purported evidence in its Reply is unfair and prejudicial. *Rojas*, 2021 WL 12331659 at *1. The purported evidence was readily available to Google at the time it filed its Motion to Strike, and there is no justification for withholding this evidence until the Reply. Withholding such evidence until the reply brief is improper. *Visier*, 2025 WL 589036 at *2.

Accordingly, Mr. Gharavi respectfully submits that the Court should sustain this objection and disregard Paragraph 2 of the Rodgers Declaration. To the extent Google seeks to file a response to this objection, the Court should reject that as well. *Rojas*, 2021 WL 12331659 at *1 ("This district's Civil Local Rules do not contemplate a response to an objection to reply evidence.").

### IV. CONCLUSION

For the foregoing reasons, the Court should sustain Mr. Gharavi's Objection to Reply Evidence and disregard Paragraph 2 of the Rodgers Declaration as improperly-submitted purported evidence in deciding Google's Motion to Strike.

Dated: November 10, 2025

Respectfully submitted,

/s/ Nima Gharavi
Nima Gharavi

*Pro Se*