1  PERKINS COIE LLP
2  Todd M. Hinnen (*pro hac vice*)
   THinnen@perkinscoie.com
3  1301 Second Avenue, Suite 4200
   Seattle, Washington 98101-3804
4  Telephone: +1.206.359.8000
   Facsimile:  +1.206.359.9000
5
   Elise Edlin, Bar No. 293756
6  EEdlin@perkinscoie.com
   Torryn T. Rodgers, Bar No. 319126
7  TRodgers@perkinscoie.com
   505 Howard Street, Suite 1000
8  San Francisco, California 94105-3204
   Telephone: +1.415.344.7000
9  Facsimile:  +1.415.344.7050

10
   *Attorneys for Respondent*,
11 Google LLC

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15

16 | IN RE DMCA 512(h) SUBPOENA TO | Case No. 4:25-mc-80164-WHO
   | GOOGLE LLC,
17 |                                | DECLARATION OF TORRYN RODGERS
   |     Plaintiff                  | IN SUPPORT OF GOOGLE'S OPPOSITION
18 |                                | TO MR. GHARAVI'S MOTION FOR
   |                                | SANCTIONS
19 |     Defendant.
   |                                | DATE:   December 3, 2025
20 |                                | Time:   2:00 p.m.
   |                                | Judge:  William H. Orrick
21

22

23

24

25

26

27

28

I, Torryn T. Rodgers, state as follows:

1. I am an attorney at the law firm of Perkins Coie LLP, counsel for Google, Inc. ("**Google**") in this action, and a member in good standing of the bar of California and of this court. I make all statements herein based on my personal knowledge.

2. On October 29, 2025, I directed legal research staff at my firm to identify cases in which Mr. Gharavi appears to have represented himself *pro se*.

3. Attached as **Exhibit 1** is a true and correct copy of a screenshot showing Bloomberg Law search results from the October 29, 2025 search for cases in which Mr. Gharavi was a party. The screenshot was captured on November 7, 2025 from the Perkins Coie research librarian's search history. This list includes Case # 2018TR008316, naming Mr. Gharavi as defendant. In preparing my original declaration, two entries were culled from this initial list, because attorneys entered appearances, therefore, Mr. Gharavi was not representing himself *pro se*, and item nos. 7 and 8 on the list were consolidated as they appeared to reference the same case. The remaining 15 cases were included in my declaration.

4. Attached as **Exhibit 2** is a true and correct screenshot of the Bloomberg Law Docket for Case # 2018TR008316, naming Mr. Gharavi as defendant.

5. On November 7, 2025, upon learning of Mr. Gharavi's allegations that an entry on the list was made in error, we investigated the case in question and determined that the Wisconsin Circuit Court Portal does not associate this case number with Mr. Gharavi, and therefore it should be stricken from my original declaration.

6. I reasonably relied on Bloomberg's search results, which appear to have been incorrect. This error was inadvertent, as a result of Bloomberg's reporting, and not made in bad faith.

7. Attached as **Exhibit 3** is an Amended Declaration, removing the incorrect case from the list.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: November 13, 2025 | /s/ Torryn T. Rodgers |
| | Torryn T. Rodgers |