# EXHIBIT 1



**Bloomberg Law**

⊘ Research Trail ▾    🗐 My Work ▾    🗐 Client Matter ▾    ⊘ Help ▾    👤 Account ▾

✦ Innovation Studio ▾

Court Dockets ▾ | Search Court Dockets | ⑦ | Advanced Search | **Go**

Home ▾    Practice Centers ▾    Litigation ▾    Transactional ▾    Business ▾    Practitioner Tools ▾    News & Analysis ▾    Laws & Regulations ▾    Secondary Sources ▾

## Results for Dockets

Parties | Any Type | "nima gharavi" ✕

**Filters**                    Clear All Filters

Viewable Attachments Only ⌃
○ Yes   ● No

Narrow by Date ⌃

Any ▾

Jurisdiction ⌃
☐ Federal (17)
☐ State (1)

Federal Circuit ⌃
☐ Ninth Circuit Courts (11)
☐ Seventh Circuit Courts (3)
☐ Fifth Circuit Courts (2)
☐ Second Circuit Courts (1)

State ⌃
☐ California (10)
☐ Illinois (3)
☐ Texas (2)
☐ New York (1)
☐ Washington (1)
Show More

Court ⌃
☐ U.S. District Court For The Northern District Of California (9)
☐ U.S. District Court For The Northern District Of Illinois (3)
☐ U.S. District Court For The Western District Of Texas (2)
☐ U.S. District Court For The Central District Of California (1)
☐ U.S. District Court For The Southern District Of New York (1)
Show More

Federal NOS ⌃
☐ Statutes: Other Statutory Actions [890] (6)
☐ Property Rights: Copyright [820] (5)
☐ Personal Injury: Assault Libel & Slander [320] (1)

‹ 1 - 18 of 18 ›                    Sort by [Date ▾]  Details 🔵

☐ Select All  ✎ Edit Search  🖫 ▾  ✉  Create Alert  Add to ▾

☐ 1. **Gharavi v. Kumar, Docket No. 3:25-cv-08873 (N.D. Cal. Oct 16, 2025), Court Docket**
   PARTIES        Nima Gharavi, Anuj Kumar
   JUDGE          Thomas Stephen Hixson
   DATE FILED     Oct 16, 2025
   LAST UPDATED   Oct 17, 2025 6:16 PM EDT
   FEDERAL NOS    Property Rights: Copyright [820]
   CAUSE OF ACTION 28:2201 Declaratory Judgement

☐ 2. **Gharavi v. X CORP., Docket No. 3:25-mc-80305 (N.D. Cal. Oct 06, 2025), Court Docket**
   PARTIES        Nima Gharavi, X CORP.
   JUDGE          LAUREL D. BEELER
   DATE FILED     Oct 06, 2025
   LAST UPDATED   Nov 07, 2025 12:02 AM EST
   FEDERAL NOS    Property Rights: Copyright [820]
   CAUSE OF ACTION Civil Miscellaneous Case

☐ 3. **In re DMCA Section 512(h) Subpoena to Google LLC., Docket No. 3:25-mc-80164 (N.D. Cal. Jun 24, 2025), Court Docket**
   PARTIES        Nima Gharavi, Google LLC
   JUDGE          William Horsley Orrick III
   DATE FILED     Jun 24, 2025
   LAST UPDATED   Oct 26, 2025 12:12 AM EDT
   FEDERAL NOS    Constitutionality of State Statutes [950]
   CAUSE OF ACTION Civil Miscellaneous Case

☐ 4. **Gharavi et al v. Tumblr Inc, Docket No. 2:25-mc-00029 (W.D. Wash. Jun 02, 2025), Court Docket**
   PARTIES        Nima Gharavi, Right Call Officials Inc, Tumblr Inc, Microsoft Corporation
   JUDGE          Tana Lin
   DATE FILED     Jun 02, 2025
   LAST UPDATED   Jun 07, 2025 1:05 AM EDT

☐ 5. **In re DMCA 512(h) Subpoena to Dynadot Inc., Docket No. 3:25-mc-80138 (N.D. Cal. Jun 02, 2025), Court Docket**
   PARTIES        Nima Gharavi
   JUDGE          Trina Thompson
   DATE FILED     Jun 02, 2025
   LAST UPDATED   Sep 09, 2025 12:01 AM EDT
   FEDERAL NOS    Property Rights: Copyright [820]
   CAUSE OF ACTION 17:101 Copyright Infringement

☐ 6. **In re DMCA Section 512(h) Subpoena to X Corp., Docket No. 3:25-mc-80056 (N.D. Cal. Mar 07, 2025), Court Docket**
   PARTIES        Nima Gharavi
   JUDGE          LAUREL D. BEELER
   DATE FILED     Mar 07, 2025
   LAST UPDATED   Mar 07, 2025 9:55 AM EST
   FEDERAL NOS    Statutes: Other Statutory Actions [890]
   CAUSE OF ACTION Civil Miscellaneous Case

☐ 7. **Gharavi v. X Corp., Docket No. 1:25-cv-00150 (W.D. Tex. Jan 30, 2025), Court Docket**

- Personal Property: Fraud [370] (1)
- Constitutionality Of State Statutes [950] (1)

**Resolution**
- Administrative Dismissal (2)
- Voluntary / Joint Dismissal (1)

**Settlement**
- Settlement Noted (1)

**Filing Type**
- Affidavit/Declaration
- Answer
- Brief
- Certificate
- Complaint/Petition

Show More

|  |  |
|---|---|
| PARTIES | Nima Gharavi, X Corp. |
| JUDGE | ROBERT LEE PITMAN |
| DATE FILED | Jan 30, 2025 |
| LAST UPDATED | Aug 04, 2025 5:21 PM EDT |
| FEDERAL NOS | Property Rights: Copyright [820] |
| CAUSE OF ACTION | 17:512 Digital Millennium Copyright Act |

☐ 8.  **Gharavi v. X Corp., Docket No. 1:25-mc-00150 (W.D. Tex. Jan 30, 2025), Court Docket**

| PARTIES | Nima Gharavi, X Corp. |
|---|---|
| JUDGE | Unassigned |
| DATE FILED | Jan 30, 2025 |
| LAST UPDATED | Jan 31, 2025 6:18 PM EST |
| CAUSE OF ACTION | 17:512 Digital Millennium Copyright Act |

☐ 9.  **Gharavi v. Tumblr, Inc., Docket No. 1:25-mc-00048 (S.D.N.Y. Jan 30, 2025), Court Docket**

| PARTIES | Nima Gharavi, Tumblr, Inc. |
|---|---|
| DATE FILED | Jan 30, 2025 |
| LAST UPDATED | Jan 30, 2025 3:47 PM EST |

☐ 10.  **In re DMCA Subpoena to Reddit, Inc., Docket No. 4:25-mc-80002 (N.D. Cal. Jan 09, 2025), Court Docket**

| PARTIES | In Re DMCA Subpoena to Reddit, Inc., Nima Gharavi, Reddit, Inc. |
|---|---|
| JUDGE | DONNA M. RYU |
| DATE FILED | Jan 09, 2025 |
| LAST UPDATED | Mar 09, 2025 12:14 AM EST |
| FEDERAL NOS | Statutes: Other Statutory Actions [890] |
| CAUSE OF ACTION | Civil Miscellaneous Case |

☐ 11.  **Gharavi v. X CORP, Docket No. 3:25-mc-80004 (N.D. Cal. Jan 09, 2025), Court Docket**

| PARTIES | Nima Gharavi, X CORP. |
|---|---|
| JUDGE | Sallie Kim |
| DATE FILED | Jan 09, 2025 |
| LAST UPDATED | May 07, 2025 4:19 PM EDT |
| FEDERAL NOS | Statutes: Other Statutory Actions [890] |
| CAUSE OF ACTION | Civil Miscellaneous Case |

☐ 12.  **Gharavi v. Meta Platforms, Docket No. 3:25-mc-80003 (N.D. Cal. Jan 09, 2025), Court Docket**

| PARTIES | Nima Gharavi, Meta Platforms |
|---|---|
| JUDGE | Alex G Tse |
| DATE FILED | Jan 09, 2025 |
| LAST UPDATED | Jun 10, 2025 12:12 AM EDT |
| FEDERAL NOS | Statutes: Other Statutory Actions [890] |
| CAUSE OF ACTION | Civil Miscellaneous Case |

☐ 13.  **In Re Digital Millennium Copyright Act Section 512(h) Subpoena to Google LLC, Docket No. 3:25-mc-80001 (N.D. Cal. Jan 08, 2025), Court Docket**

| PARTIES | Nima Gharavi |
|---|---|
| JUDGE | Peter Heeseok Kang |
| DATE FILED | Jan 08, 2025 |
| LAST UPDATED | Jan 10, 2025 2:19 PM EST |
| FEDERAL NOS | Statutes: Other Statutory Actions [890] |
| CAUSE OF ACTION | Civil Miscellaneous Case |

☐ 14.  **In Re: Digital Millennium Copyright Act Section 512(h) Subpoena to Tiktok Inc., TikTok Ltd., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc., Docket No. 2:25-mc-00002 (C.D. Cal. Jan 05, 2025), Court Docket**

| PARTIES | TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., Digital Millennium Copyright Act Section 512(h) Subpoena to Tiktok Inc., TikTok LTD., TikTok PTE. LTD., and TikTok U.S. Data Security Inc., Nima Gharavi, TikTok U.S. Data Security Inc. |
|---|---|
| JUDGE | Unassigned |
| DATE FILED | Jan 05, 2025 |
| LAST UPDATED | Jan 13, 2025 2:46 PM EST |
| FEDERAL NOS | Statutes: Other Statutory Actions [890] |
| CAUSE OF ACTION | Civil Miscellaneous Case |

☐ 15.  **Gharavi et al v. Tumblr, Inc, Docket No. 1:24-cv-12718 (N.D. Ill. Dec 11, 2024), Court Docket**

| PARTIES | Right Call Officials, Inc., Nima Gharavi, Tumblr, Inc |
|---|---|

| | |
|---|---|
| JUDGE | JEREMY C DANIEL |
| DATE FILED | Dec 11, 2024 |
| LAST UPDATED | Dec 11, 2024 6:08 PM EST |
| FEDERAL NOS | Property Rights: Copyright [820] |
| CAUSE OF ACTION | 28:1331 Federal Question |

☐ Gharavi et al v. Flosports, Inc. et al, Docket No. 1:24-cv-01969 (N.D. Ill. Mar 08, 2024), Court Docket

| | |
|---|---|
| PARTIES | Right Call Officials, Inc., Jon Kozak, Jessica Presley, Matscouts, LLC, Christian Pyles, John Does 4-25, Joseph Corsini, Willie Saylor, Stephen Kolankowski, Skramble Wrestling Gear LLC... and 7 more |
| JUDGE | STEVEN C SEEGER |
| DATE FILED | Mar 08, 2024 |
| LAST UPDATED | Oct 19, 2025 12:39 AM EDT |
| FEDERAL NOS | Personal Injury: Assault Libel & Slander [320] |
| CAUSE OF ACTION | 28:1332 Diversity-Libel,Assault.Slander |

☐ 17. County of Racine vs. Nima Gharavi, Docket No. 2018TR008316 (Wis. Cir. Ct. Apr 23, 2018), Court Docket  last viewed about 3 hours ago

| | |
|---|---|
| PARTIES | Nima Gharavi |
| JUDGE | Michael J. Piontek |
| DATE FILED | Apr 23, 2018 |
| LAST UPDATED | Oct 06, 2022 12:44 AM EDT |
| CASE TYPE | Traffic Forfeiture |

☐ 18. Gharavi v. AirWatch, LLC, Docket No. 1:13-cv-06958 (N.D. Ill. Sep 27, 2013), Court Docket

| | |
|---|---|
| PARTIES | Nima Gharavi, AirWatch, LLC |
| JUDGE | EDMOND EMIN CHANG |
| DATE FILED | Sep 27, 2013 |
| LAST UPDATED | May 02, 2015 1:34 AM EDT |
| FEDERAL NOS | Personal Property: Fraud [370] |
| CAUSE OF ACTION | 28:1332 Diversity-Fraud |

Per Page  50 ▾