# EXHIBIT 2



Bloomberg Law

| Research Trail ⌄ | My Work ⌄ | Client Matter ⌄ | Help ⌄ | Account ⌄ |

Court Dockets ⌄    Search Court Dockets    ?    Advanced Search    **Go**

Home ⌄ | Practice Centers ⌄ | Litigation ⌄ | Transactional ⌄ | Business ⌄ | Practitioner Tools ⌄ | News & Analysis ⌄ | Laws & Regulations ⌄ | Secondary Sources ⌄

← Search Results    ◁ Previous Result    Next Result ▷

**Court Dockets**    ☆ Favorite

County of Racine vs. Nima Gharavi, Docket No. 2018TR008316 (Wis. Cir. Ct. Apr 23, 2018), Court Docket

🖨 📄 ✉ 📑 📄    Track Docket    Update Docket

**Wisconsin Circuit Court**
**Racine County**
**Docket for Case #: 2018TR008316**

**County of Racine vs. Nima Gharavi**

### DOCKET INFORMATION                                      Minimize ⌃

| | |
|---|---|
| DATE FILED: | Mon Apr 23 2018 |
| STATUS: | Closed |
| ASSIGNED TO: | Michael J. Piontek |
| CASE TYPE: | Traffic Forfeiture |
| BRANCH ID: | 5 |
| CASE CLASS: | Speeding |
| COUNTY NUMBER: | 51 |
| DISTRICT NUMBER: | 2 |

### PARTIES AND ATTORNEYS                    Expand All    Minimize ⌃

KEYWORD    [Type here to filter parties and attorneys by keyword]

Clear Filters    **Filter**

Nima Gharavi
862 W Roscoe St Apt 4
Chicago,IL 60657
Defendant

### DOCKET ENTRIES                                         Minimize ⌃

KEYWORD    [Type here to filter entries by keyword]

DATE    [Any ⌄]

Clear Filters    **Filter**

🖨 Print Entries    📄 Request Entries                    Reverse Entries ⇅

| ENTRY | FILED | PDF | DESCRIPTION |
|---|---|---|---|
| ☐ BL-1 | Apr. 23, 2018 | Request | Complaint filed |
| ☐ BL-2 | May. 31, 2018 | Request | Default judgment entered; Court Official: Michael J. Piontek |
| ☐ BL-3 | May. 31, 2018 | Request | Dispositional order/judgment; Court Official: Michael J. Piontek |

The data or information provided is not the official records of the court. Data provided from WCCA Information may not reflect the most current disposition activity. Users should verify the data and information by consulting the official court record maintained by the court in question. The official custodian of all official circuit court records in Wisconsin is the clerk of circuit court or register in probate.

**GENERAL INFO**    ✕

Current As Of
**Oct. 06, 2022**
12:44 AM EDT

**Update Docket**

What Does This Mean?

Document ID
X1Q6OFPNGS82

Docket Number
2018TR008316

Status
Closed

Status
Closed

Status
Closed

Status
Closed

Status
Closed

Status
Closed

Status
Closed

Status
Closed

GENERAL INFO

DOCKET REQUESTS

NOTEPAD

Notice to employers: It may be a violation of state law to discriminate against a job applicant because of an arrest or conviction record. Generally speaking, an employer may refuse to hire an applicant on the basis of a conviction only if the circumstances of the conviction substantially relate to the particular job. For more information, see Wisconsin Statute 111.335 and the Department of Workforce Development's Arrest and Conviction Records under the Law publication.