# EXHIBIT 3

PERKINS COIE LLP

Todd M. Hinnen (*pro hac vice*)
THinnen@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone:  +1.206.359.8000
Facsimile:  +1.206.359.9000

Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
Torryn T. Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

*Attorneys for Respondent*,
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC, <br><br> Plaintiff <br><br> Defendant. | Case No. 4:25-mc-80164-WHO <br><br> DECLARATION OF TORRYN RODGERS IN SUPPORT OF GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE MOVANT'S MOTION TO COMPEL COMPLIANCE WITH DMCA SUBPOENA <br><br> Date:  December 3, 2025 <br> Time:  2:00 p.m. <br> Judge:  William H. Orrick |

I, Torryn T. Rodgers, state as follows:

1.    I am an attorney at the law firm of Perkins Coie LLP, counsel for Google, Inc. ("**Google**") in this action, and a member in good standing of the bar of California and of this court. I make all statements herein based on my personal knowledge.

2.    On October 29, 2025, I directed legal research staff at my firm to identify cases in which Mr. Gharavi appears to have represented himself *pro se*. On information and belief, based on a review of Bloomberg Law's search results, it appears Mr. Gharavi has represented himself *pro se* in fifteen separate cases, nine of which were in the Northern District of California:

- *Gharavi v. Kumar*, No. 3:25-cv-08873 (N.D. Cal. Oct 16, 2025);
- *Gharavi v. X CORP.*, No. 3:25-mc-80305 (N.D. Cal. Oct 06, 2025);
- *In re DMCA Section 512(h) Subpoena to Google LLC*, No. 3:25-mc-80164 (N.D. Cal. Jun 24, 2025);
- *Gharavi v. Tumblr Inc*, No. 2:25-mc-00029 (W.D. Wash. Jun 02, 2025);
- *In re DMCA 512(h) Subpoena to Dynadot Inc.*, No. 3:25-mc-80138 (N.D. Cal. Jun 02, 2025);
- *In re DMCA Section 512(h) Subpoena to X Corp.*, No. 3:25-mc-80056 (N.D. Cal. Mar 07, 2025);
- *Gharavi v. X Corp.*, No. 1:25-mc-00150 (W.D. Tex. Jan 30, 2025);
- *Gharavi v. Tumblr, Inc.*, No. 1:25-mc-00048 (S.D.N.Y. Jan 30, 2025);
- *In re DMCA Subpoena to Reddit, Inc.*, No. 4:25-mc-80002 (N.D. Cal. Jan 09, 2025);
- *Gharavi v. X CORP.*, No. 3:25-mc-80004 (N.D. Cal. Jan 09, 2025),;
- *Gharavi v. Meta Platforms*, No. 3:25-mc-80003 (N.D. Cal. Jan 09, 2025);
- *In Re Digital Millennium Copyright Act Section 512(h) Subpoena to Google LLC*, No. 3:25-mc-80001 (N.D. Cal. Jan 08, 2025);
- *In Re: Digital Millennium Copyright Act Section 512(h) Subpoena to Tiktok Inc., TikTok Ltd., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*, No. 2:25-mc-00002 (C.D. Cal. Jan 05, 2025); and

- *Gharavi et al v. Tumblr, Inc*, No. 1:24-cv-12718 (N.D. Ill. Dec 11, 2024).

I declare under penalty and perjury that the foregoing is true and correct.

Dated:  November 13, 2025

_/s/ Torryn T. Rodgers_____
Torryn T. Rodgers

RODGERS DECL. ISO GOOGLE'S REPLY ISO TO MOTION TO STRIKE
NO. 4:25-MC-80164-WHO