NIMA GHARAVI, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Movant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Case No. 3:25-mc-80164-WHO<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE PARAGRAPH 6 OF THE DECLARATION OF TORRYN RODGERS**<br><br>Re: Dkt. No. 25-1 |

1   The motion to strike paragraph 6 of the Declaration of Torryn Rodgers [Dkt. No. 25-1] having
2   come before the Court, and good cause appearing,
3   IT IS HEREBY ORDERED that the motion is **GRANTED**.
4   IT IS FURTHER ORDERED that paragraph 6 of the Declaration of Torryn Rodgers [Dkt. No.
5   25-1] is **STRICKEN** pursuant to Civil Local Rule 7-5(b).
6   **IT IS SO ORDERED.**
7   Dated: _____, 2025

William H. Orrick
United States District Judge