UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA GHARAVI,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 25-mc-80164-WHO<br><br>**ORDER GRANTING MOTION TO AMEND**<br><br>Re: Dkt. No. 17 |

On October 17, 2025, plaintiff Nima Gharavi filed an opposed motion to withdraw his Opposition to Respondent Google, LLC's Motion to Strike and file an amended opposition. *See* Unopposed Motion for Leave [Dkt. No. 19]. Gharavi identified "three significant omissions" that require amendment: "(1) no direct response to [Google's] bad faith accusations; (2) no systematic analysis of [Google's] mischaracterizations; and (3) additional examples of 20-22 page briefs accepted under Local Rule 7-2(b) in analogous miscellaneous proceedings." *Id.* at 1. Google does not oppose the motion. *Id.*

Gharavi's motion to amend is GRANTED. Gharavi shall have until December 8, 2025 to file an amended opposition. Google may file an amended reply, if needed, by December 15, 2025. The parties' pending motion to compel, motion to strike, and motion for sanctions shall be consolidated and heard on Wednesday, December 17, 2025 at 2:00 pm via Zoom videoconference.

**IT IS SO ORDERED.**

Dated: December 1, 2025



William H. Orrick
United States District Judge