NIMA GHARAVI, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Movant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Case No. 3:25-mc-80164-WHO<br><br>**MOTION FOR ORDER CONSOLIDATING MOTION HEARINGS**<br><br>Re: Dkt. Nos. 27, 28<br><br>Judge: Hon. William H. Orrick |

**NOTICE OF MOTION AND MOTION**

TO RESPONDENT GOOGLE LLC ("GOOGLE") AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Movant Nima Gharavi ("Mr. Gharavi") hereby moves the Court, without oral argument, for an order consolidating motion hearings as set forth in the accompanying Memorandum of Points and Authorities, Declaration, and Proposed Order.

This motion is made pursuant to Civil Local Rules 6-2 and 6-3, and is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Declaration of Nima Gharavi, Proposed Order, all papers and pleadings on file herein, and such other matters as may be presented to the Court.

Dated: December 2, 2025

Respectfully submitted,

By: /s/ Nima Gharavi
Nima Gharavi, *pro se*

Movant

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. INTRODUCTION**

Mr. Gharavi respectfully requests that the Court consolidate his Motion to Strike Paragraph 6 of the Declaration of Torryn Rodgers [Dkt. No. 27] with the other pending motions currently scheduled for December 17, 2025. The Court has already consolidated Mr. Gharavi's Motion to Compel [Dkt. No. 3], Google's Motion to Strike the Motion to Compel [Dkt. No. 9], and Mr. Gharavi's Motion for Sanctions [Dkt. No. 23] for hearing on that date. *See* Order Granting Motion to Amend [Dkt. No. 28].

Mr. Gharavi proposes two options for the Court's consideration. Google does not oppose consolidating all matters on December 17, 2025.

**II. OPTION 1: CONSOLIDATE ALL MATTERS ON DECEMBER 17, 2025**

**A. The Motion to Strike Should Be Heard with the Other Related Matters**

Mr. Gharavi's Motion to Strike [Dkt. No. 27] challenges the admissibility of the Declaration of Torryn Rodgers [Dkt. No. 25-1], which Google filed in support of its Opposition [Dkt. No. 25] to Mr. Gharavi's Motion for Sanctions [Dkt. No. 23]. Mr. Gharavi's Motion to Strike addresses related questions of procedural compliance and Attorney Rodgers' sworn statements. Judicial efficiency would be served by hearing all related matters on a single date.

Google does not oppose consolidating all matters on December 17, 2025.

**B. Compressed Briefing Schedule**

To accommodate the December 17, 2025 hearing, Mr. Gharavi proposes a compressed briefing schedule for his Motion to Strike:

- Google's opposition due: December 10, 2025
- Mr. Gharavi's reply due: December 15, 2025

This provides Google with nine days to file its opposition (filed December 1, opposition due December 10) and Mr. Gharavi with five days to file his reply. The December 8 and December 15, 2025 briefing deadlines set in the Court's December 1, 2025 order for other matters remain unchanged.

**III. OPTION 2: ALTERNATIVE SCHEDULING IF COURT PREFERS**

In the alternative, if the Court prefers to allow standard briefing for Mr. Gharavi's Motion to Strike, Mr. Gharavi respectfully requests that his Motion for Sanctions [Dkt. No. 23] be continued from

December 17, 2025, to January 7, 2026, to be heard together with his Motion to Strike [Dkt. No. 27].

This schedule ensures the Court addresses the admissibility of Google's opposition evidence—challenged in Mr. Gharavi's Motion to Strike—before ruling on the merits of the underlying Motion for Sanctions.

### IV. NO SUBSTANTIAL HARM TO GOOGLE

Option 1 requires Google to respond to the Motion to Strike on a compressed schedule, but the motion is straightforward and raises a single issue under Civil Local Rule 7-5(b). Google is a sophisticated party represented by experienced counsel and will not be substantially prejudiced by the compressed briefing.

If the Court does not grant either option, Mr. Gharavi would be prejudiced by having the sanctions motion heard before the Court rules on the admissibility of the declaration Google filed to oppose it.

### V. COMPLIANCE WITH LOCAL RULES

This motion complies with Civil Local Rules 6-2 and 6-3. As detailed in the accompanying Declaration:

- Mr. Gharavi sought Google's concurrence in a stipulated request;
- Google opposes Option 2 but does not oppose consolidating all matters on December 17, 2025;
- There have been no previous time modifications requested by the parties;
- The requested modifications would affect only the briefing schedule for Mr. Gharavi's Motion to Strike [Dkt. No. 27] and the hearing dates of December 17, 2025, and January 7, 2026;
- Other deadlines and proceedings remain unaffected.

### VI. CONCLUSION

The Court should grant Option 1, consolidating all pending motions for hearing on December 17, 2025. In the alternative, the Court should grant Option 2.

Dated: December 2, 2025

Respectfully submitted,

By: /s/ Nima Gharavi
Nima Gharavi, *pro se*

Movant