NIMA GHARAVI, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Movant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Case No. 3:25-mc-80164-WHO<br><br>**DECLARATION OF NIMA GHARAVI IN SUPPORT OF MOTION FOR ORDER CONSOLIDATING MOTION HEARINGS**<br><br>Re: Dkt. Nos. 27, 28<br><br>Judge: Hon. William H. Orrick |

I, Nima Gharavi, declare as follows:

1. I am the Movant in this action and make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the matters stated herein.

**Reasons for Requested Time Changes**

2. On December 1, 2025, the Court issued an order consolidating my Motion to Compel [Dkt. No. 3], Google's Motion to Strike my Motion to Compel [Dkt. No. 9], and my Motion for Sanctions Against Attorney Torryn T. Rodgers of Perkins Coie LLP [Dkt. No. 23] for a hearing on December 17, 2025, at 2:00 p.m. *See* Order Granting Motion to Amend [Dkt. No. 28].

3. Also on December 1, 2025, I filed my Motion to Strike Paragraph 6 of the Declaration of Torryn Rodgers [Dkt. No. 27].

4. My Motion to Strike [Dkt. No. 27] challenges the admissibility of the Declaration of Torryn Rodgers [Dkt. No. 25-1], which Google filed in support of its Opposition [Dkt. No. 25] to my Motion for Sanctions [Dkt. No. 23]. The Rodgers Declaration serves as the evidentiary basis for Google's opposition.

**Efforts to Obtain Stipulation**

5. On December 1, 2025, I emailed Google's counsel proposing a joint stipulation and attached a draft of the proposed stipulation. After the Court issued its order later that day consolidating related matters, I sent a revised draft stipulation that same evening.

6. On December 2, 2025, Google's counsel responded that they would stipulate to consolidating all matters on December 17, 2025, with a compressed briefing schedule but that they opposed presenting Option 2 to the Court.

7. Because the parties could not agree on a joint stipulation presenting both options, I am filing this motion under Civil Local Rule 6-3.

**Substantial Harm or Prejudice**

8. If the Court does not grant either option, my Motion for Sanctions will be heard on December 17, 2025, while my Motion to Strike—which challenges the declaration filed in support of Google's opposition to my Motion for Sanctions—will not be heard until January 7, 2026.

**Nature of Underlying Dispute (L.R. 6-3(a)(4)(ii))**

9. My Motion to Strike seeks to strike paragraph 6 of the Declaration of Torryn Rodgers [Dkt. No. 25-1] under Civil Local Rule 7-5(b).

10. Google has not yet filed an opposition to my Motion to Strike.

**Previous Time Modifications**

11. There have been no previous time modifications requested by the parties in this case.

**Effect on Schedule**

12. Option 1 would affect the December 17, 2025 hearing by adding my Motion to Strike to the consolidated hearing. It would require a compressed briefing schedule (Google's opposition due December 10, 2025, and my reply due December 15, 2025) but would not affect the December 8 and December 15, 2025 briefing deadlines set in the Court's December 1, 2025 order for other matters.

13. Option 2 would continue my Motion for Sanctions hearing from December 17, 2025, to January 7, 2026. My Motion to Strike would remain scheduled for January 7, 2026. The December 17, 2025 hearing would address only my Motion to Compel and Google's Motion to Strike my Motion to Compel.

14. Neither option would affect any other deadlines or proceedings in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 2, 2025, in Chicago, Illinois.

By: /s/ Nima Gharavi
    Nima Gharavi