NIMA GHARAVI, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Movant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Case No. 3:25-mc-80164-WHO<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ORDER CONSOLIDATING MOTION HEARINGS**<br><br>Re: Dkt. No. 29 |

The Court, having considered the motion for order consolidating motion hearings, orders as follows:

**Option 1: All Matters on December 17, 2025**

1. Mr. Gharavi's Motion to Strike Paragraph 6 of the Declaration of Torryn Rodgers [Dkt. No. 27] is added to the December 17, 2025 hearing at 2:00 p.m.

2. All pending motions (Mr. Gharavi's Motion to Compel [Dkt. No. 3], Google's Motion to Strike Mr. Gharavi's Motion to Compel [Dkt. No. 9], Mr. Gharavi's Motion for Sanctions [Dkt. No. 23], and Mr. Gharavi's Motion to Strike [Dkt. No. 27]) shall be heard on December 17, 2025, at 2:00 p.m.

3. The briefing schedule for Mr. Gharavi's Motion to Strike [Dkt. No. 27] is as follows:
    a. Google's opposition due: December 10, 2025
    b. Mr. Gharavi's reply due: December 15, 2025.

**Option 2: Split Hearings - December 17, 2025 and January 7, 2026**

1. The December 17, 2025 hearing shall address Mr. Gharavi's Motion to Compel [Dkt. No. 3] and Google's Motion to Strike Mr. Gharavi's Motion to Compel [Dkt. No. 9].

2. Mr. Gharavi's Motion for Sanctions [Dkt. No. 23] is continued from December 17, 2025, to January 7, 2026, at 2:00 p.m.

3. Both Mr. Gharavi's Motion for Sanctions [Dkt. No. 23] and Mr. Gharavi's Motion to Strike Paragraph 6 of the Declaration of Torryn Rodgers [Dkt. No. 27] shall be heard on January 7, 2026, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: _____, 2025

William H. Orrick
United States District Judge