PERKINS COIE LLP

Todd M. Hinnen (*pro hac vice*)
THinnen@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
Torryn T. Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Attorneys for Non-Party
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC, | Case No. 3:25-mc-80164-WHO<br><br>NON-PARTY GOOGLE LLC'S OPPOSITION TO MOVANT'S MOTION FOR ORDER CONSOLIDATING MOTION HEARINGS<br><br>Judge:   William H. Orrick |

Respondent Google LLC ("**Google**") respectfully opposes "Option 2" of Mr. Gharavi's motion for an order consolidating motion hearings.

## I.  ARGUMENT

Google understood the Court's December 2, 2025 Order scheduling all then-pending matters for hearing on December 17, 2025 as an effort to maximize efficiency and minimize the burden on the Court and the parties. Google shares those objectives. Mr. Gharavi's motion to strike paragraph 6 of the Declaration of Torryn Rodgers (ECF No. 27) raises a single discrete issue closely related to those raised in his motion for sanctions (ECF No. 23). It is sensible and efficient for those matters to be heard together.

Google would like to resolve the motion for sanctions as promptly as possible. Accordingly, while Google does not oppose hearing Mr. Gharavi's motion to strike with the other three motions on December 17, 2025, Google opposes delaying hearing of Mr. Gharavi's motion for sanctions.

## II.  CONCLUSION

For the foregoing reasons, Google respectfully requests the Court grant Option 1 of the motion for order consolidating motion hearings or deny the motion in its entirety.

Dated: December 8, 2025              **PERKINS COIE LLP**

By: */s/ Elise Edlin*
    Todd M. Hinnen (*pro hac vice*)
    Elise Edlin, Bar No. 293756
    Torryn T. Rodgers, Bar No. 319126

Attorneys for Non-Party
Google LLC