# Exhibit 1

# Nima Gharavi

| | |
|---|---|
| **From:** | Hinnen, Todd M. (Perkins Coie) <THinnen@perkinscoie.com> |
| **Sent:** | Tuesday, December 2, 2025 4:55 PM |
| **To:** | Nima Gharavi |
| **Cc:** | Edlin, Elise (Perkins Coie); Taylor Rodgers, Torryn (Perkins Coie) |
| **Subject:** | RE: Updated Stipulation Proposal - Consolidation of Motion Hearings - Response Requested by EOD, Tuesday, December 2 |

[External email - use caution]

Nima,

Those characterizations are not inaccurate and Google has no objection to them.

Todd

**Todd Hinnen**
PARTNER

**Perkins Coie**
1301 Second Avenue Suite 4200
Seattle, WA 98101-3804
+1.206.359.3384
THinnen@perkinscoie.com
perkinscoie.com

**From:** Nima Gharavi <nima@midwestwrestle.com>
**Sent:** Tuesday, December 02, 2025 2:02 PM
**To:** Hinnen, Todd M. (SEA) <THinnen@perkinscoie.com>
**Cc:** Edlin, Elise (SFO) <EEdlin@perkinscoie.com>; Taylor Rodgers, Torryn (SFO) <TRodgers@perkinscoie.com>
**Subject:** RE: Updated Stipulation Proposal - Consolidation of Motion Hearings - Response Requested by EOD, Tuesday, December 2

Hi Todd,

Thank you for your response.

Given our disagreement on Option 2, I will proceed with filing the attached motion under Civil Local Rule 6-3 rather than a joint stipulation.

I have highlighted in cyan the characterizations of Google's position in the attached motion. Please confirm these characterizations are accurate.

Thank you,
Nima Gharavi
(773) 899-4688

1