1  **PERKINS COIE LLP**
   Todd M. Hinnen (*Pro Hac Vice*)
2  THinnen@perkinscoie.com
   Lauren J. Tsuji (Bar No. 300155)
3  LTsuji@perkinscoie.com
   1301 Second Avenue, Suite 4200
4  Seattle, Washington 98101-3804
   Telephone: +1.206.359.8000
5  Facsimile: +1.206.359.9000

6  Torryn T. Rodgers (Bar No. 319126)
   TRodgers@perkinscoie.com
7  505 Howard Street, Suite 1000
   San Francisco, California 94105-3204
8  Telephone: +1.415.344.7000
   Facsimile: +1.415.344.7050
9

10 *Attorneys for Non-Party Google LLC*

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN FRANCISCO DIVISION
14

15 | IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC, | Case No. 3:25-mc-80164-WHO |
   |---|---|
   | | **NOTICE OF WITHDRAWAL OF ATTORNEY ELISE EDLIN FOR DEFENDANT GOOGLE LLC** |

|   |   |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:** |
| 2 | PLEASE TAKE NOTICE THAT effective January 30, 2026, Elise Edlin is no longer affiliated with the firm of Perkins Coie LLP. For this reason, Google LLC respectfully requests that Ms. Edlin be removed as counsel of record and removed from the service list in the above-entitled action. Google LLC will remain represented by its other counsel of record at Perkins Coie LLP. |

Dated: February 3, 2026

**PERKINS COIE LLP**

By: */s/ Lauren J. Tsuji*
Todd M. Hinnen (*Pro Hac Vice*)
Lauren J. Tsuji (Bar No. 300155)
Torryn T. Rodgers (Bar No. 319126)

Attorneys for Non-Party Google LLC