## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** NORTHERN DISTRICT OF CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:25-mc-80164-WHO

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 06/23/2025

Date of judgment or order you are appealing: 04/08/2026

Docket entry number of judgment or order you are appealing: 39

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

● Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Nima Gharavi

Is this a cross-appeal?  ○ Yes    ● No

If yes, what is the first appeal case number? N/A

Was there a previous appeal in this case?  ○ Yes    ● No

If yes, what is the prior appeal case number? N/A

Your mailing address (if pro se):

4610 North Clark St. #1098

City: Chicago    State: IL    Zip Code: 60640

Prisoner Inmate or A Number (if applicable): N/A

**Signature** s/ Nima Gharavi    **Date** May 7, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**                                                              *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Nima Gharavi

Name(s) of counsel (if any):

N/A

Address: N/A

Telephone number(s): N/A

Email(s): N/A

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Google LLC

Name(s) of counsel (if any):

Todd M. Hinnen (pro hac vice)
Lauren Tsuji

Address: 1301 Second Avenue, Suite 4200, Seattle, WA 98101-3804

Telephone number(s): (206) 359-3384 / (206) 359-3577

Email(s): THinnen@perkinscoie.com / LTsuji@perkinscoie.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                          *1*                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

## Appellees

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*